UNITED STATES DISTRICT COURT
Western District of New York
272 United States Courthouse
100 State Street
Rochester, New York  14614

Chambers of
Michael A. Telesca
District Judge

Chambers: 585-613-4060
Fax: 585-613-4065

September 15, 2006

Warren B. Rosenbaum, Esq.
Woods, Oviatt, Gilman LLP
700 Crossroads Building
Two State Street
Rochester, New York 14614

Larry Kerman, Esq.
Blair & Roach LLP
2645 Sheridan Drive
Tonawanda, New York 14150

Andrea Schillaci, Esq.
Hurwitz & Fine, P.C.
1300 Liberty Building
Buffalo, New York 14202-3670

Patrick J. Brown, Esq.
LoTempo & Brown
181 Franklin Street
Buffalo, New York 14202

    Re: Southward Investment, LLC v. V-GPO, 05-CV-6309
        Jaszewski v. V-GPO, et al, 05-CV-6310

Dear Counsel:

    I have your letters and e-mails relative to plaintiffs' request for extension of time to respond to defendants' motions for summary judgment in each of the above actions. Plaintiffs' opposing papers are due September 21, 2006. Plaintiffs request a 30-day extension to file their opposition papers on October 27, 2006. Without going into all of the discussion contained in your correspondence, I conclude that the fair approach would be that all parties file their papers according to the existing schedule with the understanding that all parties will be permitted to file supplemental papers if necessary. Plaintiffs' request for an extension to file their opposition on October 27, 2006 is therefore denied.

    ALL OF THE ABOVE IS SO ORDERED.

Very truly yours,

*Michael A. Telesca*

Michael A. Telesca
United States District Judge

cc: Honorable Marian Payson
    Melissa Schoen